## HUNTER v. McKERNAN and Another.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit by the appellees against *Hunter*, to recover commissions on sale of a house and lot. Judgment for the plaintiff.

The case is before us on the evidence, which we think sustains the finding and judgment.

The judgment below is affirmed, with costs, and 5 per cent. damages.

J. W. *Gordon*, for the appellant.

W. *Wallace* and B. *Harrison*, for the appellees.